IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: |
| BRIAN DOREIAN | : | VIOLATIONS:<br>26 U.S.C. § 7206(1) (making and |
| | : | subscribing a false tax return – 2 counts) |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about August 28, 2018, in the Eastern District of Pennsylvania, defendant

**BRIAN DOREIAN**

willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service a false United States individual income tax return, Form 1040 along with the accompanying forms, for the tax year 2017, which was verified by a written declaration that it was made under the penalty of perjury and which defendant DOREIAN did not believe to be true and correct as to every material manner. That Form 1040 reported (i) certain long-term capital gains and losses of -$111 (Schedule D, line 8b); (ii) net long-term capital gain or loss of -$111 (Schedule D, line 15); and (iii) capital gain or loss of -$111 (Form 1040, line 13), when, as defendant DOREIAN knew, he had omitted approximately $500,320 in capital gain from investments in cryptocurrency and his capital gain was substantially greater than the amount he reported.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 16, 2019, in the Eastern District of Pennsylvania, defendant

**BRIAN DOREIAN**

willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service a false United States individual income tax return, Form 1040 along with the accompanying forms, for the tax year 2018, which was verified by a written declaration that it was made under the penalty of perjury and which defendant DOREIAN did not believe to be true and correct as to every material manner. That Form 1040 reported (i) net long-term capital gain or loss of -$111 (Schedule D, line 15); (ii) capital gain or loss of -$111 (Schedule 1, line 13); and (iii) total income of $5,923 (Form 1040, line 6), when, as defendant DOREIAN knew, he had omitted approximately $857,612 in capital gain from investments in cryptocurrency and his capital gain and total income were substantially greater than the amounts he reported .

In violation of Title 26, United States Code, Section 7206(1).

_(signature)_
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

BRIAN DOREIAN

INFORMATION

26 U.S.C. § 7206(1) (making and subscribing a false tax return – 2 counts)

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____